THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER WOODS, JR., Appellant. [614 NYS2d 349] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Attempted Robbery, 1st Degree.) Present—Denman, P. J., Green, Balio, Wesley and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL RUCKER, Appellant. [613 NYS2d 99] —Judgment unanimously affirmed. Memorandum: We reject the contention that defendant was deprived of effective assistance of counsel because of an alleged conflict of interest arising from counsel's position as a Town Justice. The fact that counsel had issued a bench warrant to a prosecution witness several months prior to defendant's trial created "only an indirect and distinctly remote possibility" of a conflict *(People v Perez,* 70 NY2d 773, 774).

The verdict finding defendant guilty of assault in the second degree (Penal Law § 120.05 [2]) is not contrary to the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Assault, 2nd Degree.) Present—Denman, P. J., Green, Balio, Wesley and Davis, JJ.

RONALD A. GARAFALO et al., Appellants, v LEE WILLITS et al., Respondents. (Appeal No. 1.) [614 NYS2d 360] —Appeal unanimously dismissed without costs *(see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051; 10 Carmody-Wait 2d, NY Prac § 70:28). (Appeal from Judgment of Supreme Court, Onondaga County, Murphy, J.—Negligence.) Present—Denman, P. J., Green, Balio, Wesley and Davis, JJ.